1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  IAN J. DA CUNHA (State Bar No. 264698)
   ijd@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendants
8  Wells Fargo Bank, N.A.
   and Wells Fargo Home Mortgage,
9  A Division of Wells Fargo Bank, N.A.

**DENIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sally Ann Beck and Linda L. Tucker,<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo Bank, National Association, Federal Home Mortgage Corporation<br><br>Defendants. | Case No.: 5:11-cv-00663-EJD<br><br>**[PROPOSED] ORDER TO REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANTS' MOTION TO DISMISS HEARING**<br><br>Hearing Date:  September 2, 2011<br>Time:           9:00 a.m.<br>Courtroom:    1, 5th Floor<br>Judge:          Hon. Edward J. Davila |

Having reviewed defendants Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage, (collectively, "Defendants") request to appear telephonically for the hearing on the motion to dismiss set for September 2, 2011 at 9:00 a.m., and good cause appearing, Defendants' request is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                              U.S. District Judge