**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY ANN BECK, et. al., | CASE NO. 5:11-cv-00663 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MEDIATION** |
| v. | |
| WELLS FARGO BANK, et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 6-2, the above-entitled case is hereby referred to the court's Mediation Program. The mediation session shall be held by the presumptive deadline (90 days from the date of this order).

**IT IS SO ORDERED.**

Dated: November 4, 2011

EDWARD J. DAVILA
United States District Judge