MARK D. LONERGAN (State Bar No. 143622)
IAN J. DA CUNHA (State Bar No. 264698)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email:  ijd@severson.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
FEDERAL HOME LOAN MORTGAGE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY ANN BECK and LINDA L. TUCKER,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, FEDERAL HOME MORTGAGE CORPORATION<br><br>Defendants. | Case No.:  5:11-cv-00663-EJD<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, AND [PROPOSED] ORDER**<br><br>Current Hearing Date:    April 20, 2012<br><br>Proposed Hearing Date:   June 1, 2012 |

07685/0905/2183488.1

JOINT STIPULATION
Case No. 5:11-cv-00663-EJD

**STIPULATION**

Defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation ("defendants") by and through their counsel of record and pro se plaintiffs Sally Ann Beck and Linda Tucker ("plaintiffs") hereby stipulate and agree as follows and respectfully request that this Court approve and give effect to their stipulation:

WHEREAS, defendants' motion to dismiss hearing on plaintiffs' first amended complaint is currently scheduled for Friday, April 20, 2012, at 9:00 a.m. in Courtroom 1, 5th Floor before the Hon. Edward J. Davila.

WHEREAS, the parties are in the process of attempting to settle this matter and plaintiffs are in the process of being reviewed for a loan modification.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. The motion to dismiss hearing on plaintiffs' first amended complaint currently scheduled for Friday, April 20, 2012, be continued to Friday, June 1, 2012, or as soon thereafter as the Court's calendar can accommodate.

DATED: April 11, 2012

SEVERSON & WERSON
A Professional Corporation

By: /s/ Ian J. Da Cunha
    Ian J. Da Cunha

Attorney for Defendants
WELLS FARGO BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION

DATED: April 11, 2012

By: /s/ Linda Tucker
    Linda Tucker
    Sally Ann Beck

Plaintiffs in Pro Se

I, Ian J. Da Cunha, am the ecf user whose identification and password are being used to file this Stipulation. I hereby attest that Plaintiffs have concurred in this filing.
/s/ Ian J. Da Cunha

[PROPOSED] ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the hearing on defendants' motion to dismiss plaintiffs' complaint, currently scheduled for April 20, 2012 is rescheduled until  June 1, 2012 at 9:00 AM  .

DATED: April 13, 2012

Hon. Edward J. Davila
United States District Court

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, AND PROPOSED ORDER**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Sally Ann Beck<br>287 Mesa Verde Drive<br>Watsonville, CA 95076 | Linda L Tucker<br>287 Mesa Verde Drive<br>Watsonville, CA 95076 |
| Tel: 831-728-3275 | Tel: 831-728-3275 |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on April 11, 2012.

_____
Juli A. Carter

07685/0905/2183488.1

1

CERTIFICATE OF SERVICE
Case No. 5:11-cv-00663-EJD