**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY ANN BECK and LINDA L. TUCKER,<br><br>    Plaintiffs,<br>  v.<br>WELLS FARGO BANK et al.,<br><br>    Defendants. | CASE NO. 5:11-CV-00663-EJD<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiffs filed no response to this court's Order to Show Cause re Subject Matter Jurisdiction and Dismissal [ECF No. 48, filed June 6, 2012]. The response deadline set by that order—June 27, 2012—has passed. By the terms of that Order, this action is hereby dismissed without prejudice for lack of subject matter jurisdiction. The clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: July 5, 2012

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
CASE NO. 5:11-CV-00663-EJD
ORDER DISMISSING ACTION WITHOUT PREJUDICE