IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SALLY ANN BECK and LINDA L. TUCKER,<br><br>  Plaintiffs,<br>v.<br><br>WELLS FARGO BANK et al.,<br><br>  Defendants. | CASE NO. 5:11-CV-00663-EJD<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiffs filed no response to this court's Order to Show Cause re Subject Matter Jurisdiction and Dismissal [ECF No. 48, filed June 6, 2012]. The response deadline set by that order—June 27, 2012—has passed. By the terms of that Order, this action is hereby dismissed without prejudice for lack of subject matter jurisdiction. The clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: July 5, 2012

EDWARD J. DAVILA
United States District Judge